UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

CAROLYN A. JONES, Individually,
and TOMMY JONES, as Husband and Wife,

    Plaintiffs,

VS.

BILLY G. ANGLIN, Individually,
TRANSIT GROUP TRANSPORTATION, LLC,
formerly, PRIORITY TRANSPORATION, LLC,

    Defendants.

No. 04-2946 Ma V

## MODIFIED SCHEDULING ORDER

Pursuant to the Court's request during the September 8, 2005 status conference, a second scheduling conference was held on September 22, 2005. Present were Marvin A. Bienvenue, Jr., counsel for plaintiff, and R. Scott Vincent, counsel for defendants. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1): ~~February~~ October 10, 2005.

JOINING PARTIES:  October 28, 2005.

AMENDING PLEADINGS:  October 28, 2005.

INITIAL MOTIONS TO DISMISS:  November 26, 2005.

COMPLETING ALL DISCOVERY:  February 26, 2006.

    (a) DOCUMENT PRODUCTION:  February 26, 2006.

    (b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR
        ADMISSIONS:  February 26, 2006.

(c) EXPERT WITNESS DISCLOSURE (Rule 26):

    (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:   December 27, 2006.

    (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:   January 27, 2006.

    (3) EXPERT WITNESS DEPOSITIONS:  February 26, 2006.

FILING DISPOSITIVE MOTIONS:   March 26, 2006.

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury, and the trial is expected to last four day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

The parties have not yet make a determination regarding whether this case is appropriate for ADR. The parties shall notify the Court at the close of discovery whether this case is one that is appropriate for ADR.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: September 22, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02946 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Marvin A. Bienvenu
GATTI KELTNER BIENVENU & MONTESI
219 Adams Ave.
Memphis, TN 38103

Thomas P. Cassidy
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

R. Scott Vincent
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT